# IN THE COURT OF APPEALS OF TENNESSEE
## AT NASHVILLE

| | | |
|---|---|---|
| NATIONAL HEALTHCARE, L.P., | ) | Davidson Chancery |
| | ) | No. 97-469-I |
| Plaintiff/Appellant, | ) | |
| | ) | |
| VS. | ) | Appeal No. |
| | ) | 01A01-9712-CH-00718 |
| SPARTA MEDICAL INVESTORS | ) | |
| LIMITED PARTNERSHIP and the | ) | |
| TENNESSEE HEALTH FACILITIES | ) | |
| COMMISSION, | ) | |
| | ) | |
| Defendants/Appellees, | ) | |

**FILED**

**June 12, 1998**

**Cecil W. Crowson**
**Appellate Court Clerk**

## O R D E R ON PETITION TO REHEAR

The appellant has filed a respectful petition to rehear requesting the deletion from page 7 of the opinion of this Court of the words, "The existing facility has no skilled nursing beds." The existing facility did have 20 skilled nursing beds, but no specialized Alzheimer's Disease bed.

The quoted objectionable words are deleted from the opinion, and other corrections are made on pages 5 and 7 of the opinion. Corrected pages will be substituted in the file of this Court and circulated to interested parties with this order.

The corrections do not affect the result reached.

_____
HENRY F. TODD
PRESIDING JUDGE, MIDDLE SECTION


_____
BEN H. CANTRELL, JUDGE


_____
WILLIAM C. KOCH, JR., JUDGE